**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

GLORIA SUN JUNG YUN,

    Appellant,

        v.

JOHN J. THOMAS

    Appellee.

No. 3:18-cv-00458

No. 3:18-cv-00459

(JUDGE CAPUTO)

## Order

**NOW**, this 11th day of October, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion for Extension of Time to File Designation Items and Statement of Issue (No. 3:18-cv-00458, Doc. 3) filed by Appellant Gloria Sun Jung Yun is **DENIED**.

(2) The Motion to Obtain Transcript (No. 3:18-cv-00458, Doc. 6) filed by Appellant is **DENIED**.

(3) The Motion for Extension of Time to File Designated Items (No. 3:18-cv-00458, Doc. 7) filed by Appellant is **DENIED**.

(4) The Motion to Obtain Transcript (No. 3:18-cv-00459, Doc. 5) filed by Appellant is **DENIED**.

(5) The Motion for Extension of Time to File Designation Items (No. 3:18-cv-00459, Doc. 6) filed by Appellant is **DENIED**.

(6) The Clerk of the Court is directed to mark both of the above-captioned cases as **CLOSED**.

                                    /s/ A. Richard Caputo
                                    A. Richard Caputo
                                    United States District Judge